UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Randolph L. Chambers</u>

          v.                          Civil No. 06-cv-449-PB

<u>John Eppolito, et al</u>

<u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated May 30, 2007.

SO ORDERED.

June 29, 2007                                            /s/ Paul Barbadoro
                                                            Paul Barbadoro
                                                            United States District Judge

cc:    Randolph L. Chambers, pro se
         Laura E. B. Lombardi, Esq.