UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Randolph L. Chambers

    v.            Civil No. 06-cv-449-JL

John Eppolito, et al.

## O R D E R

On November 30, 2007, Judge Paul Barbadoro issued an order stating *that the case shall be dismissed unless plaintiff pays the required filing fee within 30 days.*  On December 28, 2007, plaintiff filed a Motion to Extend Time to Pay Filing Fee for an additional two weeks.  On January 23, 2008, Magistrate Judge Justo Arenas granted the motion to extend time stating in part that *the filing fee is to be paid immediately or the case will be dismissed.*

As neither a filing fee nor a further motion to extend has been filed, it is herewith ordered that the case is dismissed without prejudice.

SO ORDERED.

February 14, 2008            _____
                     Joseph N. Laplante
                     United States District Judge

cc:  Randolph L. Chambers, pro se
    Laura E. B. Lombardi, Esq.